UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID RUSSELL HART,

          Plaintiff,         CIV S-04-2497 DFL PAN PS

     v.

                                    ORDER

COMMISSIONER OF INTERNAL REVENUE SERVICE,

          Defendant.

—oOo—

On August 20, 2004, petitioner paid the filing fee and filed in this court's Fresno division a "'Plea in Abatement' by Special Appearance, Notice and Demand to Dismiss for Lack of Jurisdiction."

On November 23, a scheduling conference was held before the Honorable Dennis L. Beck.  On November 24, Judge Beck issued an order transferring this action to the Sacramento division as the "more appropriate venue" based on plaintiff's Truckee

residence (plaintiff stated he had filed in the Fresno division because he sends his tax returns to a Fresno address). In the same order, Judge Beck directed plaintiff to file an amended complaint within 60 days and to complete service of process upon defendant 45 days thereafter.

The case was transferred to this court on November 29, 2004, and on December 3, the Clerk of Court issued this court's "Order Requiring Timely Service and Joint Status Report."

On January 26, 2005, plaintiff timely filed an amended complaint entitled "'Complaint' Amended, Plea for Discovery Motion to Suppress Evidence and Demand to Dismiss for Lack of Jurisdiction by Special Appearance."

However, plaintiff has not demonstrated completion of service of process upon defendant within either the 45-day period accorded by Judge Beck's order (March 15, 2005), or the 120 period accorded by this court's December 3 order (June 1, 2005).[1]

Service of process upon the United States and its agencies is governed by Fed. R. Civ. P. (i), which provides: "(1) Service of process upon the United States shall be effected (A) by delivering a copy of the summons and of the complaint to the United States attorney for the district in which the action is brought . . . or by sending a copy of the summons and of the complaint by registered or certified mail addressed to the civil process clerk at the office of the United States attorney and

---

[1] These periods include an additional three days for service of the respective orders pursuant to Fed. R. Civ. P. 6(e).

2

(B) by also sending a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United States at Washington, District of Columbia, and . . . (2)(A) Service on an agency or corporation of the United States, or an officer or employee of the United States sued only in an official capacity, is effected by serving the United States in the manner prescribed by Rule 4(I)(1) and by also sending a copy of the summons and complaint by registered or certified mail to the officer, employee, agency, or corporation."

     In order to comply with Rule 4(i), plaintiff is directed to send by certified or registered mail a copy of the summons and complaint to each of the following:

Mark W. Everson, Commissioner
Internal Revenue Service
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

McGregor W. Scott
United States Attorney
Eastern District of California
c/o Civil Process Clerk
501 I Street, Suite 10-100
Sacramento, CA 95814-2322

Alberto Gonzalez
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530-0001

     Plaintiff is directed to file proof of such service by July 20, 2005.  Failure to comply with this order will result in
////
////

a recommendation this action be dismissed pursuant to Fed. R. Civ. P. 4(m) and Fed. R. Civ. P. 41(b).

    So ordered.

    Dated:  July 6, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge