UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID RUSSELL HART,

          Plaintiff,        CIV. S-04-2497 DFL PAN PS

     v.

COMMISSIONER OF INTERNAL REVENUE    FINDINGS AND RECOMMENDATIONS
SERVICE,

          Defendant.

—oOo—

On July 7, 2005, this court directed plaintiff to file, by July 20, proof of service of process upon defendant. The court provided specific instructions, identifying the individuals, agencies and addresses to whom plaintiff need send a copy of the summons and complaint in order to comply with the federal rules of civil procedure.

////

////

On July 12, 2005, plaintiff filed a "Status Report"[1] in which he states he served process on May 24, 2005.  He attached a copy of forged summons and an incompetent "proof" of service.

The court admonished in its July 7, 2005, order that failure to comply with the order would result in a recommendation this action be dismissed pursuant to Fed. R. Civ. P. 4(m) and Fed. R. Civ. P. 41(b).

Accordingly, I recommend this action be dismissed due to plaintiff's failure timely to serve process (Fed. R. Civ. P. 4(m)) and failure to comply with the rules and orders of this court (Fed. R. Civ. P. 41(b)).  See also, Fed. R. Civ. P. 16(f) (authorizing dismissal pursuant to Rule 37(b)(2)(C) "[i]f a party . . . fails to obey a . . . pretrial order"); E. D. Cal. L. R. 11-110 ("[f]ailure of . . . a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the court").

These findings and recommendations are submitted to the Honorable David F. Levi, the United States District Judge assigned to this case.  28 U.S.C. § 636(b)(l).  Written objections may be filed within ten days after being served with

---

[1] The preamble to plaintiff's "Status Report" states:

The nature of this case is, a born free State Citizen, now made a slave by the IRS, seeks his freedom restored.  There is no law rule or regulation that places me the petitioner within the purview or venue of the U.S. Code Title 26, just prima facia evidence.  I am therefore without the jurisdiction of the IRS.

these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  July 27, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge