IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RUSSELL HART,

        Plaintiff,        CIV. S-04-2497-DFL-PAN-PS

    v.

COMMISSIONER OF INTERNAL        ORDER
REVENUE SERVICE,

        Defendant.
_____/

      This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On July 28, 2005, Judge Nowinski recommended that plaintiff's action be dismissed.  No objections to the findings and recommendation have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed July 28, 2005, are adopted in full; and

2. This action is dismissed.

DATED: 9/9/2005

                                                     /s/ David F. Levi

DAVID F. LEVI
United States District Judge

2